# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Adrian Dion Williams,

    Petitioner,

v.

Warden Bruce Reiser,

    Respondent.

Civil No. 10-3090 (RHK/TNL)

**ORDER**

---

Before the Court are Petitioner's Objections to the September 12, 2012 Report and Recommendation of United States Magistrate Judge Tony N. Leung; Judge Leung has recommended that the petition for a writ of habeas corpus be denied.

The Court has conducted a de novo review of the objected to portions of the Report and Recommendation, which has included the written submissions of the parties. The Court concludes that Judge Leung's thorough and well-reasoned Report and Recommendation is fully supported by the factual record before him and controlling legal authorities. Accordingly, and upon all the files, records, and proceedings herein, **IT IS ORDERED**:

1. The Objections (Doc. No. 48) are **OVERRULED**;

2. The Report and Recommedation (Doc. No. 43) is **ADOPTED**;

3. Respondent's Motion to Dismiss (Doc. No. 7) is **GRANTED**;

4. The habeas petition is **DISMISSED WITH PREJUDICE**; and



SCANNED
DEC 2 8 2012
U.S. DISTRICT COURT MPLS

5.  The Court **DECLINES** to issue a Certificate of Appealability.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 28, 2012

s/ Richard H. Kyle
RICHARD H. KYLE
United States District Judge